

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EL PASO COMMUNITY COLLEGE DISCTRICT, | § | No. 08-14-00179-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| KELLY DURAN, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2011-656) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying Appellant's plea to the jurisdiction and render judgment dismissing Appellee's claims against Appellant for lack of subject-matter jurisdiction. We further order that Appellant recover from Appellee all costs for this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Hughes, J., and Larsen, Senior Judge
Larsen, Senior Judge (Sitting by Assignment)